UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

June 14, 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| Joseph Siller, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-19-454 |
| | § | |
| State Farm Mutual Automobile Insurance | § | |
| Company, | § | |
| | § | |
| Defendant. | § | |

## Management Order

1.    Joseph Siller's breach of contract claim is severed from his extra-contractual claims. Discovery on the extra-contractual claims is abated. (6)

2.    The motion to consolidate is denied. (15)

3.    By July 1, 2019, the parties must jointly report the status of this case and the next steps to advance this litigation.

Signed on June ⎵14⎵, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge